## ASHLEY v. STATE.
No. 24472.

Court of Criminal Appeals of Texas.
Oct. 19, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle upon a public highway while under the influence of intoxicating liquor.

The record as brought forward contains no statement of facts nor bills of exception. The complaint and information are sufficient. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.